```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX044464
Cashier ID: mf
Transaction Date: 01/06/2012
Payer Name: LEWIS JANOWSKY
------------------------------------
CIVIL FILING FEE
 For: LEWIS JANOWSKY
 Amount:       $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:       $0.00

12-CV-35


A fee of $53.00 will be assessed on
any returned check.
```